UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENICE L. PATRICK,<br><br>    Defendant. | CASE NO. C02-1240 MJP<br><br>ORDER GRANTING MOTION TO APPROVE RENEWAL OF JUDGMENT LIENS |

This matter comes before the Court on Plaintiff's Motion to Approve Renewal of Judgment Liens. (Dkt. No. 6.) Having reviewed the Motion, Defendant's Opposition (Dkt. No. 9), the Reply (Dkt. No. 10), and all supporting materials, the Court GRANTS the Motion.

Invoking 28 U.S.C. § 3201(c)(2), Plaintiff asks the Court to renew the unexpired judgment liens imposed in this action. The Court finds good cause to renew the judgment liens. Although Defendant asks the Court not to renew the liens, she has not explained any legal basis for this request or provided any evidence that the judgment has been satisfied. Plaintiff, on the other hand, has submitted evidence that Defendant still owes $101,783.44 on the judgment as of

October 25, 2023. (Declaration of Crissy Leininger ¶ 8 (Dkt. No. 8).) Based on the record before the Court, the Court GRANTS the Motion and approves Plaintiff's renewal of the following two judgment liens recorded against Defendant's real property for an additional twenty years under 28 U.S.C. § 3201(c)(2):

1. Abstract of the Consent Judgment recorded with the King County Recorder on December 12, 2003, under Recording No. 20031212002732; and
2. Abstract of the Consent Judgment recorded with the Snohomish County Auditor on March 10, 2004, under Recording No. 200403100329.

The clerk is ordered to provide copies of this order to Defendant and all counsel.

Dated November 16, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge